# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

CHAMBERS OF
STANLEY R. CHESLER
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

August 6, 2013

Slawomir Obarski
110 Midland Avenue, 2B
Midland Park, New Jersey 07432

   Re: ***OBARSKI v. UNITED COLLECTION BUREAU, INC.***
     **Civil Action No. 12-7788 (SRC)**

Dear Plaintiff:

No opposition has been received to the following motion pending in this action:

  6.  MOTION to Dismiss by UNITED COLLECTION BUREAU, INC.

The return date for this motion will be adjourned to **September 3, 2013,** allowing you an extension to submit any opposition.  Your opposition, if any, to this motion is due on **August 20, 2013.**  If you choose not to submit any opposition by that date, the motion will be deemed unopposed and will be disposed of accordingly.

The moving party is hereby notified of the changed return date and will have until **August 27, 2013**, to submit a reply.

The parties are advised that this motion will be decided on the papers, without oral argument, unless the Court notifies otherwise.

Very truly yours,

*s/Stanley R. Chesler*
STANLEY R. CHESLER
United States District Judge

cc:  Clerk
    All parties