| AGF&J | Abrams, Gorelick, Friedman & Jacobson, LLP<br>Attorneys At Law | One Battery Park Plaza<br>4th Floor<br>New York, NY 10004 | Phone: 212-422-1200<br>Fax: 212-968-7573<br>www.agfjlaw.com |
|---|---|---|---|

August 28, 2013

**VIA ECF**

Judge Stanley R. Chesler
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

　　　　　　　　Re:　Obasrski v. United Collection Bureau
　　　　　　　　　　　12-cv-7788-SRC-CLW

Dear Judge Chesler:

　　　　Our office represents defendant United Collection Bureau, Inc. On July 23, 2013, we moved, on behalf of our client, to dismiss the Complaint pursuant to Fed.R.Civ.P. 12(b)(6). Plaintiff's Opposition to Defendant's Motion was due on August 20, 2013, pursuant to this Court's Letter, dated August 6, 2013, and Defendant's Reply was due on August 27, 2013. Plaintiff served its Opposition on August 21, 2013. See Docket Entry No. 9, p. 5. Accordingly, as Plaintiff's Opposition was served late, Defendant respectfully requests that it be granted a brief adjournment until September 13, 2013 to file a Reply.

　　　　Thank you for your consideration of the above. I look forward to further instruction from the Court.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Yours,

　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　Alexandra E. Rigney

aer

Cc:　*Via First Class Mail*
　　　Slawomir Obarski
　　　110 Midland Avenue 2B
　　　Midland Park, NJ 07432